FOURTH DEPARTMENT, JUNE, 1966

(June 17, 1966)

■ PATRICIA D. LOCKHART, an Infant, by JEANNE LOCKHART, Her Guardian ad Litem, et al., Respondents, v. COUNTY OF ERIE et al., Appellants.— Appeal unanimously dismissed, without costs. Memorandum: The order before us is

not appealable. (See *Covell* v. *H. R. H. Constr. Corp.*, 17 N Y 2d 709.) (Appeal from order of Erie Trial Term which denied defendant's motion for a directed verdict on the complaint or for a dismissal of the complaint.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.